United States District Court
Southern District of Texas
**ENTERED**
July 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER WYATT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-02069 |
| § | |
| PHH MORTGAGE CORPORATION, *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

A suggestion of bankruptcy has been filed in this cause by plaintiff Christopher Wyatt (Dkt. No. 4). The plaintiff/debtor filed a petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Case No. 22-31597. A petition filed under 11 U.S.C. §§301, et seq., operates as a stay of a judicial proceeding that was commenced against the debtor before the bankruptcy proceeding. 11 U.S.C. §362(a)(1). Accordingly, this case is STAYED as to plaintiff Christopher Wyatt.

It is so ORDERED.

SIGNED on July 29, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge